FILED US District Court-UT

FEB 16 '21 PM 12:46

Name:      Benjamin Geraldo
Address:   PO BOX 801 SANTA CLARA, UT 84765
Telephone: 435-236-9561

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Southern Region DIVISION

Benjamin Geraldo
_____
(Full Name)
### PLAINTIFF

vs.

Troon Golf L.L.C.   ("Troon")
_____

_____

_____

_____

### DEFENDANTS

## CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

CIVIL NO._____
            (Supplied by Clerk)

Case: 4:21-cv-00022
Assigned To : Nuffer, DavidAssign.
Date : 2/16/2021Description: Geraldo v. Troom Golf

## A. JURISDICTION

1.    Jurisdiction is proper in this court according to:

     a. [X] 42 U.S.C. §1983
     b. [ ] 42 U.S.C. §1985
     c. [ ] Other (Please Specify) _____

2.    NAME OF PLAINTIFF    Benjamin  Geraldo
     IS A CITIZEN OF THE STATE OF _____ Utah _____

PRESENT MAILING ADDRESS:    PO BOX 801 Santa Clara, UT 84765

email address : bgeraldo@nevada.unr.edu

3.    NAME OF FIRST DEFENDANT___Troon Golf L.L.C._____
      IS A CITIZEN OF_____Scottsdale, Arizona_____
                          (City and State)

      IS EMPLOYED AS___Troon Golf L.L.C._____ at ___15044 N. Scottsdale Road ,Scottsdale, AZ___
         (Position and Title if Any)        (Organization) 85254
         Was the defendant acting under the authority or color of state law at the time these
         claims occurred?

      YES ☐ NO ☒ If your answer is "YES" briefly explain.

      _____

      _____

      _____


4.    NAME OF SECOND DEFENDANT_____
      (If applicable)

      IS A CITIZEN OF_____
                         (City and State)

      IS EMPLOYED AS_____ at _____.
         (Position and Title if Any)        (Organization)
         Was the defendant acting under the authority or color of state law at the time these
         claims occurred?

      YES ☐ NO ☐ If your answer is "YES" briefly explain.

      _____

      _____

      _____


5.    NAME OF THIRD DEFENDANT_____
      (If applicable)

      IS A CITIZEN OF_____
                         (City and State)
      IS EMPLOYED AS_____ at _____.
         (Position and Title if Any)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☐ NO ☐   If your answer is "YES" briefly explain.

_____

_____

_____

6.   NAME OF FOURTH DEFENDANT_____
     (If applicable)

IS A CITIZEN OF_____
                (city and State)

IS EMPLOYED AS_____ at _____.
     (Position and Title if Any)        (Organization)
     Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ☐ NO ☐   If your answer is "YES" briefly explain.

_____

_____

_____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1.   Why are you bringing this case to court?  Please explain the circumstances that led to the problem.

This action is brought for discrimination and retaliation in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 .I filed a charge with the EEOC and obtained a Notice of Right to Sue letter from them( EEOC).

Troon, the Company represented by Tim Schantz, and Dana Garmani , discriminated and retaliated against me applying a different treatment and standards compared to "white "coworkers with the solely purpose to denigrate me because of my race. I was denied promotions based on training opportunities for advance. I was constantly criticized even for small things while "white" coworkers got away for the same things. Job opportunities were offered to white employees in the same location with all privileges, but those opportunities were not available for me. My manager and HR colluded to find a way to fire me, but they couldn't find a way to do it legally. A new job opening at professional level requiring college degree was posted (AGM assistant general manager) this position would replace my boss position later in a year.

I applied and after exhaustive screening, and interviews, I won the position, my boss(Tim Mahoney) upset said "I will not be replaced by a Latino" and he supported by Troon top management, changed(after the fact) the AGM position to a "temporary" one despite it was posted (www.Indeed.com and internally in Troon) as permanent salaried position, people said Mahoney wanted to get rid of me with this trick. This AGM position had authority over white managers, but they refused to report to me because I was "non-white" and Mahoney approved it. Later I was demoted based on lies and false testimonies leaving me in a "limbo" with no job because my old position was filled, my boss told me "we expect you to resign". Then Troon brought a "white" individual, and without interviews, without educational degree requirements, no screening they placed him in the job they took away from me (AGM).

Being Latino with a college degree (University of Nevada B. of Sc. and MBA) was never good enough compared to white coworkers with only high school just because according to them I was "brown eyes Mexican". Then retaliation increased to unhealthy levels, because I filed a case with the EEOC. I wrote extensive email to the CEO (Tim Schantz) and the President of Troon (Dana Garmani) but they both ignored me, I had no options but to file a racial discrimination and retaliation charge against Troon.

I had to take a 30 days unpaid personal Leave because the stress caused by the retaliation and harassment from Troon made me sick. During my Leave Troon fired my direct boss Tim Mahoney.

When I returned to work, I was suspended by Tim Schantz (CEO) through his attorney, because I reported management policies and CDC Covid 19 violations to him (which is required by Troon's policies). After 30 days suspension with no communication or explanations they set me up and terminated me in an awkward way: before they terminate me they took away my "work-company "phone (the cell phone) then Troon sent me a final notice(via mail) saying they called me many times but I did not answer(I did not have a phone) and on purpose, they did not use the regular way of communication with me (work email and personal email) or reaching me out through co-workers that know me, the letter said, if I didn't return to work on Aug 03 I will be terminated, I received the letter two days after the due date therefore Troon terminated me.

I applied for unemployment , but Troon denied me the benefits based on lies and false testimonies, I appealed to the Utah Dept. of Workforces Services who opened an investigation and determined that "I was not in/at fault", Troon was lying and the Utah DWS granted me the unemployment benefits.

These and many other events(fully documented) describe how Troon provides exclusive privileges to white employees, and discriminated , and retaliated against me because of my skin color and race. Dana Garmani and Tim Schantz constantly sent emails to all employees promising a vision and mission statements full of promises, core values and messages that basically only apply to whites. When I needed their help, they ignored me and supported the wrongdoing of their managers against me.

# C. CAUSE OF ACTION

1.    I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a.    (1)    Count I:    Wrongful Employment termination and retaliation

(2)    Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
On Aug 03/2020 Troon terminated my employment in a wrongful way as a culmination of a long trend of strong retaliation, racial discrimination and hate trhough out its local management Richard Hill, the HR dept. and the VP of operation Phillip Martin . After a month of an unexplained suspension ordered by Tim Schantz(CEO) and its legal team, and taking away my company phone, they said that I was not answering calls(2 days before termination). Troon had my work email, and personal email they both were the ways of communications with me, but they did not use them, instead they called me despite the fact they knew I had no phone. Tiffanie Tuavao a coworker and key witness in my case was forbidden of contact me during those previous termination days, she said according to Richard Hill and HR the main purpose was "getting rid of the Mexican pain"

b.    (1)    Count II:    10/02/2020 Denying Unemployment benefits based on false accusations and defamation

(2)    Supporting Facts:
Troon through out Richard Hill general manager, the HR department, Legal dept with Jeff Hansen issued a letter to the Utah Department of Workforces Services  in order to deny my unemployemnet benefits. Troon grossly lied and provided false statements against me. I appealed the decision, and the Utah Department of Workforce Services opened an investigation which concluded in my favor, DWS found no fault in my side, and Troon once more showed themselves as racists and full of hate company.

c.    (1)    Count III:    **Sep 2019 Demoted based on false accusations, and making racial remarks**

(2)     Supporting Facts:     _____

My manager , his boss Phillip M. together with the white coworkers in the office colluded to make my life miserable, they criticize me for minor things while they enjoyed all/every privileges. Phillip M. said" our customers do not understand your accent" laughing sarcastically. I constantly escalated to Dana Garmani and Tim Schantz but they never answered my request for help and for a meeting . Pete Wong the HR Director never responded to me either. They demoted me saying in a letter" you excel in a different environment" referring to cleaning positions.

** More pages added at the end of document to sustain more Counts and supporting facts, I will provide more details in the summons.

## D. INJURY

1.     How have you been injured by the actions of the defendant(s)?

**Yes. I worked very hard since 2016 for this company, Garmani and Schantz constantly sent emails promising a fair treatment for employees, a family type of company, opportunities for advance ,respect etc etc when I tried to reach a professional position based on my experience and education (B of Sc , and MBA ) they denied to me with the most outrageous treatment making racial derogatory remarks and retaliating against me despite the fact I was only following Troon's policies. I spent many years of my life with Troon and now it is a waste of time, efforts and money. I lost my job at Cisco(CSCO) moved to St George UT and started from zero with Troon as a laboreer working at 114 degrees in summer and believing in Garmani's false empty promises. I am an older worker(59), educated, and plenty of experience it is almost impossible for me to find a job now, and every time I put Troon as former employer as reference, Troon provide negative feedback about me. YES my injury is deep, and also extended to my family because they are also affected by the unemployment and racist culture of Troon.**

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.     Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES____ / NO __X__. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.     Parties to previous lawsuit:

          Plaintiff(s): _____

          Defendant(s): _____

   b.     Name of court and case or docket number: _____

c.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)  _____

d.    Issues raised: _____

_____

_____

e.    When did you file the lawsuit?    _____

Date      Month    Year

f.    When was it (will it be) decided? _____

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES ☐ / NO ☐. If your answer is "YES" briefly describe how relief was sought and the results.    If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

**$180,000.00 this is the amount that adds up based on lost wages, salary opportunities based on the AGM position I was demoted from, the salary of the General Manager position because I was going to replace Mahoney, and plus the punitive damages if the Justice system considered appropriated. The lies and empty promises from Garmani and Schantz left me with 4 years of time wasted, and profound pain in my soul because their racist treatment against me. My daughters are severely shocked by this racist treatment against her father, the damage is big.**
**Troon wanted to mediate and settle when I filed the charge with the EEOC, I am willing to do that .**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.


Executed at __**Salt Lake City UT**__  on __**02/16**__  20 __**21**__.
              (Location)                        (Date)


_____
Signature

**Benjamin Geraldo**

**d. (1) Count IV**
My manager denied me a "lifetime "opportunity in my career at Troon because he was commited to punish a Latino aspiring to professional positions(statement according to Tiffanie Tuavao).

**(2) Supporting Facts.**
November 2018. Troon developed/offered an initiative called "Leader
Program" (leadership and development opportunity) to prepare employees for higher level roles. Mahoney (the General Manager) received this program months in advance, but he intentionally waited until the last day (dateline) to present it to Me "He texted me around 10 am, and told me about it. He also said he was leaving that day at Noon. He gave me basically less than 2 hours to complete". The program requires a detailed/coordinated long preparation between both employee and the manager. "Incomplete Candidate Portfolios and/or late submissions will not be considered". I was immediately rejected.

**e. (1) Count V.** My manager, HR dept and Phillip Martin looking for ways to fire me, supported by Pete Wong Director of HR.

**(2) Supporting Facts.**
November 2018. Troon's human resources together with the General Manager colluded to accuse me of having preferential treatment or a "relationship" with one of the female workers. All the workers under my supervision (13 people) were lined up for a phone call interview with Human resources agents. I was commanded to stay away without explanation about what was going on. The HR department was unable to prove any wrongdoing, I was denied to obtain a formal communication explaining what happened from human resources or the General Manager. When I demanded a meeting with HR to Tim Mahoney (General Manager) he refused saying "HR will not like it".

**f. (1) Count VI** I never had the opportunity of a peformance evaluation, but my white coworkers always had a perfect one.
**(2) Supporting Facts.** All years. I was denied, never received an Employee Performance Appraisal.

**g. (1) Count VII .** Deceived and treated with duress.
**(2) Supporting Facts.**
April 2019. Troon posted a job opening for Assistant General Manager (AGM) at the Entrada Snow Canyon facility. The posting was internal (Troon) and external (www.indeed.com) I was interviewed by Phillip Martin (Troon VP Operations) and David Holyak (President of the Board), among other candidates I won the position as the most qualified professional(other candidates couldn't match my experience and education). Months passed and Mahoney continuously refused to materialize the position, constantly looking for excuses to delay. Finally an "All employee meeting" was scheduled to make the announcement, but Mahoney did not provide me with the Offer Letter. Finally the same day of the All Employee meeting, Mahoney presented the letter to me, just 20 minutes before the meeting. The letter was different from the job offer, added "acting" making it temporary, and only offer four dollars ($4) more. it means I lost my previous position, and I was left with no options. My manager promised to review it,He said it was a Troon template, and he was going to replace it with a new one but never did. I was relegated to a front desk position without any of the job description role and responsibilities promised. The other two managers (white people) refused to report to me, and my manager accepted, I was left with only one report (a non-white).

**h. (1) Count VIII .** Wrongfully demoted based on my condition :Latino.
**(2) Supporting Facts.**
April-September 2019. I received continuous retaliation from my manager as a result of my complaint/efforts to find a solution to my situation. Corporate did not investigate, I escalated to all levels but no response. I was left during this period of time without any support from my manager despite the fact I needed to transition into the manager role. I met with my manager's boss, but he just accelerate their plan to demote me. My manager argued that I did not need any support into the role despite the fact the company hired a consultant -full time- to help him when he took the position. Several documents/communications available.
September 2019. My manager, his boss, and Human Resources created false allegations against me in order to "demote" me. In a very confuse and awkward communication, without real facts to support them they forced me into a "limbo" where I have no idea what my role is. When I complained about it, my manager said "we expect you to resign".
He repeated this statement to some of the coworkers later, saying "we never expected him staying around", "He is just a Latino" I complained to the corporation, but they ignored me.

September 2019 – ahead 2020. My manager and the Company have been unable to define a role for me despite the fact they said I would go back to my previous position. No communication whatsoever on how or what my role is. We are two individuals wondering about one job, the other person that took over my old role is also under stress, and fighting for her employment.

****Below , **many events illustrating the hate and racism that Troon allowed against me, these events happened after my "demotion" , Mahoney made several comments to white coworkers stating that "Ben's place is with the Housekeepers, there he excels" these comments are similar to the ones on the Human Resources department letter sent to me.**

January 2020. My manager very upset told me and my coworker"you are inefficient, and unproductive" he argued that my department is "spending more and doing less". He demanded a daily report of how many hours of labor my department uses to do the job. He basically said "I need to justify your employment" I asked him about the other departments, and he responded "they are doing very well, even double their productivity". They do not need to provide any reports. I asked him for data to support his statement, and he provided skewed data. I provided him with a report that show we were spending equal or less than the other departments, and doing more, but he did not care. I also provided him with facts (emails and notes) evidencing that his argument/accusation was biased, and unfair again he did not care.
February 10, 2020. My manager intentionally reduced the number of workers onschedule, and increased the workload to make my job more difficult. He scheduled only two(2) workers for a job that requires at least five (5) people. lick to see documents

February 21, 2020. My manager again scheduled just three workers. Shorthanded on purpose.
March 02, 2020. shorthanded again , not enough people.
April 13, 2020. I reported a "hate" incident that created April 17 situation. My report was never addressed, but Mahoney used against me.
April 1 , 2020. Shorthanded again.
May 06, 2020. Myself and the workers being exposed to Covid 19.
May 15, 2020. Escalation to corporate because retaliation.
May 18, 2020. Mahoney despite covid19 exposure dangers, purposely allowed an employee/coworker running on fever to join me with a clear bad intention.